# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D22-2949
LT Case No. 2014-CF-1376

———————————————

HARRY J. ROBINSON, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.850 appeal from the Circuit Court for Putnam County.
Howard O. McGillin, Jr., Judge.

Harry J. Robinson, Jr., Monticello, pro se.

Ashley Moody, Attorney General, Tallahassee, and
Alyssa M. Williams, Assistant Attorney General,
Daytona Beach, for Appellee.


September 5, 2023


PER CURIAM.

    AFFIRMED.


MAKAR, EISNAUGLE, and KILBANE, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————